# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

August 6, 2024

**BY ECF**

Hon. Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Chamber 420
White Plains, New York 10603

*Request is GRANTED. The conference is adjourned to September 18, 2024 at 11:30 AM.*
SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.

August 6, 2024

Re: *Whidbee v. Benjamin, et al.,* 23 Civ. 2371 (NSR)(VR)

Dear Judge Reznik:

The Office of the Attorney General represents Defendant New York State Trooper Connor M. Stewart in the above-referenced action. I write, with the parties' consent, to respectfully request an adjournment of the telephonic status conference in this matter, currently scheduled for August 28, 2024 at 11:30AM (Dkt. No. 48).

The grounds for this request is that the undersigned will be out of the country and will be unable to appear for the conference. The parties have met and conferred and are available on any day in September 2024, with the exception the following dates:
- September 9-10;
- September 12;
- September 16-17; and
- September 24.

There has been no prior request to adjourn this conference, and it does not impact any other deadlines in this matter. We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Jessica Acosta-Pettyjohn*
Jessica Acosta-Pettyjohn
Assistant Attorney General
(212) 416-6551

cc: Counsels of Record
(via ECF)

28 LIBERTY STREET, NEW YORK, NY 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV