UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHIDBEE,

                Plaintiff(s),

-against-

BENJAMIN, et al.,

                Defendant(s).

23 CV 2371 (NSR)

**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

In light of the parties awaiting a decision on a motion for reconsideration in the companion state court action, it is hereby

ORDERED that the above case scheduled before the Hon. Nelson S. Román, U.S.D.J. for a **Status Teleconference on October 23, 2025 is adjourned sine die.** The parties are directed to contact Judge Román's chambers in writing upon completion of discovery in this case.

Dated: October 22, 2025
      White Plains, NY

SO ORDERED.

_____
Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025